1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   LISA E. JENNIS
3  Assistant U.S. Attorney
   Two Renaissance Square
4  40 N. Central Ave., Suite 1200
   Phoenix, Arizona  85004
5  Telephone:  602-514-7500
   Email: lisa.jennis@usdoj.gov
6  Attorneys for Plaintiff

```
┌─────────────────────────────────┐
│ ✓ FILED      ___ LODGED          │
│ ___ RECEIVED ___ COPY            │
│         SEP 2 0 2016             │
│   CLERK U S DISTRICT COURT       │
│     DISTRICT OF ARIZONA          │
│ BY_____ DEPUTY        │
└─────────────────────────────────┘
```

7
8                    IN THE UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF ARIZONA

10  United States of America,

11                   Plaintiff,          NO.  CR-15-924-2-PHX-GMS

12       vs.                             **I N F O R M A T I O N**

13                                       **VIO:**  18 U.S.C. § 924(c)(1)(A)(i)
    Robert Deatherage,
14
                     Defendant.
15

16
17  THE UNITED STATES ATTORNEY CHARGES:

                              **COUNT ONE**
18
19       On or about July 22, 2015, in the District of Arizona and elsewhere, defendant,

20  ROBERT DEATHERAGE, did knowingly possess a firearm, in furtherance of a drug

21  trafficking offense, that is, Conspiracy with Intent to Distribute Cocaine, a felony

    prosecutable in a Court of the United States.
22
23       In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

         Dated this 20 day of September, 2016.
24

25                                       JOHN S. LEONARDO
                                         United States Attorney
26                                       District of Arizona

27                                       _____
                                         LISA E. JENNIS
28                                       Assistant U.S. Attorney