JOHN S. LEONARDO
United States Attorney
District of Arizona
LISA E. JENNIS
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Lisa.Jennis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Robert Deatherage,<br><br>        Defendant. | CR-15-00924-2-PHX-GMS (DKD)<br><br>**UNITED STATES'<br>SENTENCING MEMORANDUM** |

The United States, through undersigned counsel, respectfully requests that the Court impose a sentence consistent with the plea agreement in this case. The United States agrees with the facts stated in the Presentence Investigation Report (PSR) and with its recommendation that defendant Robert Deatherage be sentenced to five years' incarceration. (PSR at p. 15.)

The court should also consider the factors set out in 18 U.S.C. Section 3553(a) when determining a fair and just sentence:

**Nature and Circumstances of the Offense:** This is a very serious offense but it was defendant Frazier who was in contact with the undercover agent and recruited his co-defendants to assist him. It also appears defendant Deatherage hasn't done anything like this before.

**History and Characteristics of Defendant**:  To defendant's credit, this is his first criminal conviction.

**Need for the Sentence Contemplated:**  Defendant was originally charged with a crime that would require a 10 year mandatory sentence which was more time than necessary to deter this defendant from committing another crime.  It is the government's position that a five year sentence is sufficient to deter the defendant but is also necessary to deter others from committing similar crimes.

The United States recommends a five year sentence which is adequate to reflect the seriousness of the offense, to offer specific and general deterrence, and to protect the public from further crimes of the defendant.  A five year sentence is sufficient but not greater than necessary to meet the goals of sentencing.

Respectfully submitted this 6th day of December, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

 *S/ Lisa E. Jennis*
LISA E. JENNIS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Timothy Davis Rogers, *Attorney for Defendant* and Ernesto Hernandez, Senior U.S. Probation Officer

By:   *S/ Lisa E. Jennis*